# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2507
LT Case Nos. 2019-CF-057804-A
2019-CF-059027-A

_____

JEREMY GARTH MCGILL,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Brevard County.
David C. Koenig, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose Cordero,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

March 12, 2024

PER CURIAM.

   AFFIRMED.

EDWARDS, C.J., EISNAUGLE, and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————